

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§        No. 08-21-00168-CV

IN RE:

§      AN ORIGINAL PROCEEDING

MARK SOTELO,

§        IN MANDAMUS

Relator.

§

## <u>MEMORANDUM OPINION</u>

Relator, Mark Sotelo, filed a petition for writ of mandamus, complaining of the trial court's September 2, 2021 order granting defendant's motion for leave to designate responsible third parties.

On March 25, 2022, the parties filed a joint letter informing this Court that the petition for writ of mandamus has been rendered moot because the underlying suit between the parties has settled. We will treat this letter as a motion to dismiss the original proceeding. *See* TEX.R.APP.P. 42.1(a)(1).

Accordingly, we grant the motion and dismiss the petition for writ of mandamus.

JEFF ALLEY, Justice

April 25, 2022

Before Rodriguez, C.J., Palafox, and Alley, JJ.